UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **OCEANOGRAFIA S.A. de C.V.** | * | CIVIL ACTION NO. |
| | * | |
| **VERSUS** | * | JUDGE |
| | * | |
| **ADAMS OFFSHORE, LTD.** | * | |
| | * | MAGISTRATE |
| | * | |

## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME**, the undersigned authority, personally came and appeared:

**ALFRED J. RUFTY III**

who, after being sworn, did depose and say:

That he is a partner with the law firm of Harris & Rufty, L.L.C., attorneys for the plaintiff herein; that he has prepared the above and forgoing Verified Complaint based on information provided by his client and the contents thereof are true and correct to the best of his knowledge; and that he is authorized by the plaintiff to make this verification.

/s/ Alfred J. Rufty III
**ALFRED J. RUFTY III**

Sworn and subscribed
before me, Notary, this _____ day
of _____, 2010.

/s/ Rufus C. Harris, III
NOTARY PUBLIC